# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 299 WAL 2018

Respondent    :

   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court

v.    :

CARL LEE COLLINS,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.